# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

## NOTICE OF ELECTRONIC FILING PROCEDURE

Case Name: Janie Elizabeth Funkhouser

Case Number: 09–18273–RGM       Date Filed: October 8, 2009

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov or http://www.vaeb.uscourts.gov/ecfnew/ecf.htm. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005–2 authorizing the Clerk to promulgate and revise the Court's Electronic Case Files Policy, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Administrative Procedures**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer running Internet Explorer or Firefox, Adobe Acrobat 4.0 or later software to convert documents from a word processor format to a portable document format (PDF), and an Internet Service Provider (ISP) using Point–to–Point Protocol (PPP). The URL address is *www.vaeb.uscourts.gov* and a password is needed to access this system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File by Computer Diskette or Conventionally" as provided for in the Electronic Case Files Policy to indicate your inability to file through use of the Internet component of CM/ECF. If the Court authorizes you to file by diskette, **then**

3. You must submit your documents on a diskette using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found in Adobe's manual. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of document, and the file name on the diskette. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4. You must submit your documents on a diskette using one of the following formats: Word, WordPerfect, or DOS text (ASCII). **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single–sided paper. Documents must be submitted with full signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Computer Diskette or Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated: October 9, 2009                                William C. Redden
VAN–062 [ver. 3/2008]                                 Clerk of the Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0422-9          User: gibbsl              Page 1 of 1              Date Rcvd: Oct 09, 2009
Case: 09-18273                Form ID: VAN062           Total Noticed: 23
```

The following entities were noticed by first class mail on Oct 11, 2009.
```
db              +Janie Elizabeth Funkhouser,    4390 King Street, Apt. 1603,    Alexandria, VA 22302-1553
9230106          Anilkumar Kulkarni, M.D.,    P.O. Box 60147,    Potomac, MD 20859-0147
9230094         +Barclays Bank Delaware,    125 S West Street,    Wilmington, DE 19801-5014
9230095         +Barclays Bank Delaware,    Attn: Cust. Support Dept.,    P.O. Box 8833,
                  Wilmington, DE 19899-8833
9230108         +Barry L. Leibowitz, Esq.,    Leibowitz & Band, LLC,    2730 University Blvd. W. #910,
                  Silver Spring, MD 20902-1991
9230097         +Capital One Bank,    P.O. Box 85520,    Richmond, VA 23285-5520
9230098         +Capital One Bank,    Attn: C/O TSYS Debt Management,    P.O. Box 5155,    Norcross, GA 30091-5155
9230107         +Carmen D. Legato,    P.O. Box 1010,    Alexandria, VA 22313-1010
9230099         +Citi Mortgage Inc,    P.O. Box 9438,    Gaithersburg, MD 20898-9438
9230100          Citi Mortgage Inc,    Attn: Bankruptcy Dept.,    P.O. Box 79022, MS322,    St. Louis, MO 63179-0000
9230101         +Citibank NA,    1000 Technology Dr,    O Fallon, MO 63368-2239
9230102         +Citibank NA,    Attn.: Bankruptcy,    P.O. Box 20507,    Kansas City, MO 64195-0507
9230115          Commonwealth of Virginia,    Office of Compliance,    P.O. Box 27407,    Richmond, VA 23261-7407
9230096         +Douglas M. Bregman, Esq.,    Bregman, Berbert et al.,    7315 Wisconsin Ave. #800W,
                  Bethesda, MD 20814-3217
9230105        ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                  PHILADELPHIA PA 19114-0326
                 (address filed with court: Internal Revenue Service,    Centralized Insolvency Operat.,
                  P.O. Box 21126,    Philadelphia, PA 19114-0000)
9230111         +Mark Solheim,    4935 46th Street, N.W.,    Washington, DC 20016-4001
9230109         +Peroutka & Peroutka, P.A.,    8028 Ritchie Highway, #300,    Pasadena, MD 21122-0803
9230110         +Riverstone Residential Group,    15204 Omega Drive,    Rockville, MD 20850-4601
9230112         +Talbots,    175 Beal Street,    Hingham, MA 02043-1512
9230104         +Theresa Hupp,    1810 Grove Avenue,    Richmond, VA 23220-4506
9230113         +U.S. Attorney for E.D. Va.,    2100 Jamieson Ave.,    Alexandria, VA 22314-5702
9230114        ++VIRGINIA DEPARTMENT OF TAXATION,    P O BOX 2156,    RICHMOND VA 23218-2156
                 (address filed with court: Virginia Dept. of Taxation,    PO Box 760,    Richmond, VA 23240-0760)
```

The following entities were noticed by electronic transmission on Oct 09, 2009.
```
9230103         +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 10 2009 04:08:49     Discover Fin Svcs LLC,
                  P.O. Box 15316,    Wilmington, DE 19850-5316
                                                                                             TOTAL: 1
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 11, 2009                    Signature:    *Joseph Speetjens*