# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

JANIE E. FUNKHOUSER,

    Debtor.

Case No. 09-18273-RGM
(Chapter 7)

## ORDER

THIS CASE is before the court on the motion of Carmen D. Legato to shorten time. The motion is in the nature of a request for an expedited hearing. Upon consideration of which, it is

ORDERED:

1. The motion is denied.

2. Mr. Legato shall schedule a hearing on his motion to transfer venue in accordance with the Rule of Bankruptcy Procedure.

3. The matter will be removed from the hearing docket of November 10, 2009.

DONE at Alexandria, Virginia, this 29th day of October, 2009.

    /s/ Robert G. Mayer
    Robert G. Mayer
    United States Bankruptcy Judge

Copy electronically to:

Kevin R. McCarthy

Copy mailed to:

Carmen D. Legato
42 Alexander Street
Alexandria, Virginia 22314

15568