# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division  
200 South Washington Street  
Alexandria, VA 22314

**Case Number** 09−18273−RGM  
**Chapter** 7  
**Judge** Robert G. Mayer

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
Janie Elizabeth Funkhouser  
aka Janie E. Funkhouser  
aka Janie Funkhouser  
4390 King Street, Apt. 1603  
Alexandria, VA 22302

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):  
   Debtor: xxx−xx−3257

Employer Tax−Identification (EIN) No(s).(if any):  
   Debtor: NA

## NOTICE OF HEARING

A

*48* − Motion to Dismiss Case for Abuse Pursuant to 11 USC 707(b) filed by Frank J. Bove of Office of the US Trustee on behalf of W. Clarkson McDow, Jr. 11. (Bove, Frank)

has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:** February 23, 2010      **Time:** 10:00 AM

**Location:**

Judge Mayer's Courtroom, U.S. Bankruptcy Court, 3rd Floor, 200 South Washington St., Courtroom III, Alexandria, VA 22314

Under Local Bankruptcy Rule 9013−1, unless a written response to this motion and supporting memorandum are filed with the Clerk of Court and served on the moving party within seven (7) days before the scheduled hearing date, the Court may deem any opposition waived, treat the motion [*or application or proposed action*] as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated: January 6, 2010                                    For the Court,

                                                                                                 William C. Redden, Clerk  
[USTVAN022vDec2009.jsp]                                                United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0422-9          User: williamsd          Page 1 of 1           Date Rcvd: Jan 06, 2010
Case: 09-18273                Form ID: VAN22UST        Total Noticed: 30
```

The following entities were noticed by first class mail on Jan 08, 2010.

```
db          +Janie Elizabeth Funkhouser,   4390 King Street, Apt. 1603,   Alexandria, VA 22302-1553
aty         +Walter E. Diercks,   1201 Connecticut Avenue, N.W.,   Suite 200,   Washington, DC 20036-2636
unk         +Janet Bodnar,   c/o Walter E. Diercks, Esq.,   1201 Connecticut Avenue, N.W.,   Suite 200,
              Washington, DC 20036-2636
9230106      Anilkumar Kulkarni, M.D.,   P.O. Box 60147,   Potomac, MD 20859-0147
9230094     +Barclays Bank Delaware,   125 S West Street,   Wilmington, DE 19801-5014
9230095     +Barclays Bank Delaware,   Attn: Cust. Support Dept.,   P.O. Box 8833,
              Wilmington, DE 19899-8833
9230108     +Barry L. Leibowitz, Esq.,   Leibowitz & Band, LLC,   2730 University Blvd. W. #910,
              Silver Spring, MD 20902-1991
9346882     +Bregman, Berbert, Schwartz & Gilday, LLC,   c/o Christopher B. Bowman, Esq.,
              7315 Wisconsin Avenue, Suite 800 West,   Bethesda, Maryland 20814-3202
9230097     +Capital One Bank,   P.O. Box 85520,   Richmond, VA 23285-5520
9230098     +Capital One Bank,   Attn: C/O TSYS Debt Management,   P.O. Box 5155,   Norcross, GA 30091-5155
9230107     +Carmen D. Legato,   P.O. Box 1010,   Alexandria, VA 22313-1010
9249635     +Carmen D. Legato,   42 Alexander Street,   Alexandria, VA 22314-3873
9230099     +Citi Mortgage Inc,   P.O. Box 9438,   Gaithersburg, MD 20898-9438
9230100      Citi Mortgage Inc,   Attn: Bankruptcy Dept.,   P.O. Box 79022, MS322,   St. Louis, MO 63179-0000
9230101     +Citibank NA,   1000 Technology Dr,   O Fallon, MO 63368-2239
9230102     +Citibank NA,   Attn.: Bankruptcy,   P.O. Box 20507,   Kansas City, MO 64195-0507
9230115      Commonwealth of Virginia,   Office of Compliance,   P.O. Box 27407,   Richmond, VA 23261-7407
9230096     +Douglas M. Bregman, Esq.,   Bregman, Berbert et al.,   7315 Wisconsin Ave. #800W,
              Bethesda, MD 20814-3217
9230105    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,   P.O. Box 21126,
              Philadelphia, PA 19114-0000)
9230111     +Mark Solheim,   4935 46th Street, N.W.,   Washington, DC 20016-4001
9230110     +Riverstone Residential Group,   15204 Omega Drive,   Rockville, MD 20850-4601
9230112     +Talbots,   175 Beal Street,   Hingham, MA 02043-1512
9230104     +Theresa Hupp,   1810 Grove Avenue,   Richmond, VA 23220-4506
9230113     +U.S. Attorney for E.D. Va.,   2100 Jamieson Ave.,   Alexandria, VA 22314-5702
9230114    ++VIRGINIA DEPARTMENT OF TAXATION,   P O BOX 2156,   RICHMOND VA 23218-2156
             (address filed with court: Virginia Dept. of Taxation,   PO Box 760,   Richmond, VA 23240-0760)
```

The following entities were noticed by electronic transmission on Jan 06, 2010.

```
cr          +E-mail/PDF: rmscedi@recoverycorp.com Jan 07 2010 00:19:31
             Recovery Management Systems Corporation,   25 SE 2nd Ave Ste 1120,   Miami, FL 33131-1605
9329743      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 07 2010 00:14:02      DISCOVER BANK,
             DFS Services LLC,   PO Box 3025,   New Albany, Ohio 43054-3025
9230103     +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 07 2010 00:14:02      Discover Fin Svcs LLC,
             P.O. Box 15316,   Wilmington, DE 19850-5316
9305949      E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2010 00:19:31      GE Money Bank,
             c/o Recovery Management Systems Corp.,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
9230109     +E-mail/Text: cnescio@peroutkalaw.com                          Peroutka & Peroutka, P.A.,
             8028 Ritchie Highway, #300,   Pasadena, MD 21122-0803
                                                                                            TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Carmen D. Legato,   42 Alexander Street,   Alexandria, VA 22314-3873
                                                                                            TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 08, 2010**                      **Signature:**   *Joseph Speetjens*